# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:15CR27 |
| vs. | ) | |
| JUAN CASTANO, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the unoppsed Motion to Continue Trial [47]. Counsel needs additional time to explore plea negotiations and prepare for trial. The defendant has complied with NECrimR 12.1(a). See filing [20]. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [47] is granted, as follows:

1. The jury trial now set for January 12, 2016 is continued to **February 23, 2016.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 23, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED December 31, 2015.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**